BROADWAY & 47TH STREET CORPORATION v. SLOPPY JOE'S, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See *ante*, p. 854.] Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

REGINA MOSKOWITZ v. ACCURATE HOLDING COMPANY et al., MICHAEL GREENBERG et al.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See *ante*, p. 851.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

YORK-BUFFALO MOTOR EXPRESS, INC., v. NATIONAL FIRE AND MARINE INSURANCE COMPANY and RHODE ISLAND INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See *ante*, p. 855.] Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

BENJAMIN HALPERN et al., Copartners Doing Business as HALPERN, DAVIDOFF & SACK v. AMTORG TRADING CORPORATION. (Action No. 1.) BENJAMIN HALPERN et al., Copartners Doing Business as HALPERN, DAVIDOFF & SACK, v. AMTORG TRADING CORPORATION. (Action No. 2.) — Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. [See *ante*, p. 855.] Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

LIPP AND HIRSCH, INC., v. WELL-WORTH SLIPPER CO., INC., et al.— Motion for reargument denied, with ten dollars costs, with leave to the defendants to answer within ten days after service of order on payment of said costs and the costs awarded by the order of this court entered October 20, 1944 (*ante*, p. 857). Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

JOSEPH SHAPIRO v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. [See *ante*, p. 854.] Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

SAMUEL R. SHIELCRAWT et al., Suing on Behalf of Themselves and All Other Stockholders of Corn Products Refining Company, and on Behalf of CORN PRODUCTS REFINING COMPANY, v. GEORGE M. MOFFETT et al. and CORN PRODUCTS REFINING COMPANY.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. [See *ante*, p. 352.] Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

SIGISMOND J. STOJOWSKI et al. v. BANQUE DE FRANCE and JOHN J. McCLOSKEY, JR., as Sheriff of the City of New York. SIGISMOND J. STOJOWSKI et al. v. BANQUE DE FRANCE and JOHN J. McCLOSKEY, JR., as Sheriff of the City of New York.— Motion in each action for leave to appeal to the Court of Appeals granted. Settle order on notice. [See *ante*, p. 856.] Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

ALBERT CUGAT v. ALLAN CHASE et al.— Motion for reargument denied, with ten dollars costs. [See *ante*, p. 848.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.